PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed May 15, 2012

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                  Case No. 12-42405 WJL

**EDWARD ANTHONY CARROLL and**          Chapter 13
**JANICE BANIQUED CARROLL,**
                                        <u>ORDER AVOIDING LIEN</u>
           **Debtors.**
_____/

The above named debtors having filed a Motion to Avoid Lien on April 19, 2012 and there being no objections thereto and it appearing that the lien impairs debtors' exemption and good cause appearing therefor:

**IT IS ORDERED** that the default of American Express Centurion Bank is entered and the lien of American Express Centurion Bank which was recorded on February 9, 2012, in the Contra Costa County Recorder's Office as Instrument #2012 0030910-00 is null and void.

**END OF ORDER**

Page 1 of 2

**COURT SERVICE LIST**

**Attn: Officer or Managing Agent**
**American Express Centurion Bank**
**4315 South 2700 West**
**Mail Code: 02-01-47**
**Salt Lake City, UT 84184**

**Attn: Officer or Managing Agent**
**American Express Centurion Bank**
**C/o Gordon & Wong Law Group**
**510 Myrtle Avenue, Suite 102**
**South San Francisco, CA 94080**